IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AUTUMN K. ALZATE                                                                    PLAINTIFF

v.                              CIVIL NO. 2:15-cv-2150-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                                      DEFENDANT

## **ORDER**

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 7th day of October, 2015.


/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE